UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 5:13-MJ-1202-CHW |
| v. | : Violation: 18 U.S.C. §§ 7, 13 i/c/w O.C.G.A. § |
| DERRICK GRAHAM | : O.C.G.A. § 40-5-121; 50 U.S.C. §797 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (Driving on a Suspended License)

That on or about September 10, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **DERRICK GRAHAM**, did knowingly operate a motor vehicle with a suspended driver's license in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with O.C.G.A. Section 40-5-121.

## COUNT TWO
### (Possession of a Firearm)

That on or about September 10, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **DERRICK GRAHAM**, did willfully violate a base security regulation by unlawfully transporting a firearm onto the installation, in violation of Title 50 of the United States Code, Section 797.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____
VINCENT D. ROMANO
New York Bar Registration Number B10069329
New Jersey Bar Number 042462011
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551